WILLIAMS AND ASSOCIATES v. PRODUCTS CORP.

No. 15 PC.

Case below: 19 N.C. App. 1.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

WILSON v. SMITH

No. 42 PC.

Case below: 18 N.C. App. 414.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.

YOUNG v. INSURANCE CO. and MOORE v. INSURANCE CO.

No. 12 PC.

Case below: 18 N.C. App. 702.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 October 1973.